Decision Per Curiam.

---

William J. Ramsey and Mary J. Ramsey, his Wife, Plaintiffs in Error, v. Theodore S. Coogler, Sr., and F. B. Coogler, Defendants in Error.

Division B.

Writ of Error to Circuit Court, Hernando county; William S. Bullock. Judge.

*J. C. Davant,* for Plaintiffs in Error.

*G. C. Martin,* for Defendants in Error.

This action was brought by the defendants in error against the plaintiffs in error. There was judgment for the plaintiffs, and the defendants take writ of error. The judgment is affirmed.

Decision Per Curiam.